Nicholas Strozza, Assistant United States Trustee
State Bar #CA 117234
Jared A. Day, Trial Attorney
State Bar #CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Suite 3009
Reno, Nevada 89509
Telephone: (775) 784-5335
Facsimile: (775) 784-5531
E-mail: *nick.strozza@usdoj.gov*

Attorneys for United States Trustee
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ALAN S. BILLS,<br>ARETE DENTAL, LLC,<br><br>Debtor(s). | Case No: 20-50596-nmc<br>Jointly Administered with<br>Case No. 20-50597-nmc<br><br>Chapter 11 – Subchapter V |

**APPOINTMENT OF W. DONALD GIESEKE AS TRUSTEE
AND DESIGNATION OF REQUIRED BOND**

W. Donald Gieseke of Reno, Nevada, is hereby appointed as Trustee for the estate(s) of the above-named Debtor(s). In order to perform the duties of trustee pursuant to 11 U.S.C. § 704(a), the Trustee is authorized to collect and reduce to money all property of the estate, both real and personal, and to have full and unconditional access to and control of any and all commercial or personal accounts and documents established by, maintained by or funded by the Debtor, including without limitation, freezing accounts, wiring funds to estate's federal depository, maintaining and transacting business with the existing accounts, changing the mailing addresses, and obtaining past account and document histories.

This case is covered by the blanket bond for Chapter 7 case Trustees, the original of which is on file with the Court.

Date: December 27, 2021

Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: <u>/s/ Nicholas Strozza</u>
Nicholas Strozza
Assistant United States Trustee